Otto ROARK, Movant v. COMMONWEALTH of Kentucky, Opposed.
Oct. 6, 1950.

Lester Hogge and Thomas R. Burns for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Print SLAVENS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Oct. 20, 1950.

Bertram & Bertram for movant.

A. E. Funk, Attorney General and Wm. F. Simpson, Assistant Attorney General, for the Commonwealth, opposed.

PER CURIAM.

Judgment of conviction for possession of intoxicating liquor in local option territory for sale and imposing a fine of $100 and imprisonment in the county jail for 30 days.

Appeal denied. Judgment affirmed.

A. G. ROE, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Oct. 24, 1950.

Harvey Parker, Jr., and Edwin V. Holder, for movant.

A. E. Funk, Attorney General and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from a judgment of the Lewis Circuit Court convicting movant of selling whiskey in Local Option Territory and imposing a fine of $100.00 and confinement in the County Jail for thirty days. The motion is overruled, appeal denied, and the judgment is affirmed.